

# NUMBER 13-13-00623-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

**JOSE TORRES JR. A/K/A JOSE TORRES,**                    **Appellant,**

**v.**

**THE STATE OF TEXAS,**                                **Appellee**.

---

### On appeal from the 404th District Court
### of Cameron County, Texas.

---

## MEMORANDUM OPINION

### Before Chief Justice Valdez and Justices Rodriguez and Longoria
### Memorandum Opinion Per Curiam

Appellant, Jose Torres Jr. a/k/a Jose Torres, attempts to appeal his conviction for aggravated assault. The clerk's record was filed on January 2, 2014 and does not contain a trial court certification. *See* TEX. R. APP. P. 25.2(a)(2). The Court was advised

that counsel was retained to represent appellant in the trial court but was not retained to represent appellant on appeal.

On February 27, 2014, this Court abated the appeal and ordered the trial court to determine whether appellant desired to prosecute this appeal and whether appellant is indigent and entitled to court-appointed counsel. The trial court held a hearing on April 17, 2014. Appellant testified that he did not wish to prosecute the appeal. The trial court made findings that appellant does not have the right to appeal and recommended the appeal be denied. Accordingly, this appeal is REINSTATED.

The Texas Rules of Appellate Procedure provide that an appeal must be dismissed if the trial court's certification does not show that the defendant has the right of appeal. TEX. R. APP. P. 25.2(d); *see* TEX. R. APP. P. 37.1, 44.3, 44.4. Accordingly, this appeal is DISMISSED.

PER CURIAM

Do not publish.
*See* TEX. R. APP. P. 47.2(b).

Delivered and filed the
22nd day of May, 2014.

2